# IN THE UNITED STATES DISRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **MARSHA PATE-STRICKLAND** | : | **CASE NO.: 3:17-cv-00310** |
| **Plaintiff,** | : | **JUDGE THOMAS ROSE** |
| vs. | : | |
| **MONTGOMERY COUNTY BOARD OF COMMISSIONERS, et al.** | : | |
| **Defendants.** | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned litigation, Plaintiff Marsha Pate-Strickland, and Defendants Naphcare, Inc. and Greg Mills, LPN, hereby stipulate that all claims against Defendants Naphcare, Inc. and Greg Mills, LPN in the above-captioned litigation be dismissed, without prejudice. Each party shall bear its own attorneys' fees.

Respectfully submitted,


/s/ Douglas D. Brannon
Douglas D. Brannon (0076603)
Nathaniel S. Peterson (0095312)
BRANNON & ASSOCIATES
130 W. Second St., Ste. 900
Dayton, Ohio 45402
Telephone: (937) 228-2306
Fax Number: (937) 228-8475
dougbrannon@branlaw.com
Attorney for Plaintiff, Marsha Pate-Strickland


/s/ Robert W. Hojnoski
Robert W. Hojnoski (0070062)
Carrie M. Starts (0083922)
525 Vine St. Ste. 1700
Cincinnati, Ohio 45202
Telephone: (513) 721-1311
Fax Number: (513) 721-2553
rhojnoski@reminger.com
cstarts@reminger.com
Attorneys for Defendants Naphcare, Inc,
and Greg Mills, LPN


MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By:     /s/ Benjamin A. Mazer
        Benjamin A. Mazer (0087756)
        Anne M. Jagielski (0093047)
        Assistant Prosecuting Attorneys
        301 West Third Street
        P.O. Box 972
        Dayton, Ohio 45422
        Telephone: (937) 469-7176
        Fax Number: (937) 225-4822
        mazerb@mcohio.org
        jagielskia@mcohio.org
Attorneys for Defendants Montgomery County
Board of Commissioners, Sheriff Phil Plummer,
David E. Stemp

## CERTIFICATE OF SERVICE

I certify that on the 10th day of November, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Douglas D. Brannon
Douglas D. Brannon