# IN THE UNITED STATES DISRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| MARSHA PATE-STRICKLAND | : | CASE NO.: 3:17-cv-00310 |
|---|---|---|
| Plaintiff, | : | JUDGE THOMAS ROSE |
| vs. | : | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, et al. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned litigation, Plaintiff Marsha Pate-Strickland, and Defendants Montgomery County Board of Commissioners, Sheriff Phil Plummer, and David E. Stemp (collectively, "Named Defendants"), hereby stipulate that all claims against Named Defendants in the above-captioned litigation be dismissed, with prejudice. Court costs shall be split equally between Plaintiff and Named Defendants; each party shall bear his, her, or its own attorneys' fees.

Respectfully submitted,

/s/ Doug Brannon
Douglas D. Brannon
BRANNON & ASSOCIATES
130 W. Second St., Ste. 900
Dayton, Ohio 45458
(937) 228-2306
(937) 228-8475 – fax
dougbrannon@branlaw.com
Attorney for Plaintiff, Amber Swink

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: /s/ Benjamin A. Mazer
(Approved via Email)
Benjamin A. Mazer (0087756)
Anne M. Jagielski (0093047)
Assistant Prosecuting Attorneys
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 469-7176
Fax Number: (937) 225-4822
mazerb@mcohio.org
jagielskia@mcohio.org
Attorneys for Defendants Montgomery County
Board of Commissioners, Sheriff Phil Plummer,
David E. Stemp

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of December, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Doug Brannon
Douglas D. Brannon